UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MARK ANTHONY HILKER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00519-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| CIA, DEA, ATF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#4[1]) entered on August 30, 2011, recommending denying Plaintiff's application to proceed *in forma pauperis* (#1) filed on July 21, 2011, and dismissing his complaint with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#4) entered on August 30, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#4)

---

[1]Refers to court's docket number.

entered on August 30, 2011, is adopted and accepted, and Plaintiff's application to proceed *in forma pauperis* (#1) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS SO ORDERED.

DATED this 7th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE