AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

MARK ANTHONY HILKER,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: **3:11-cv-00519-LRH-VPC**

STEPHANIE EVANS, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Dkt. No. 4) is adopted and accepted. This action is DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

   November 7, 2011                                  **LANCE S. WILSON**
                                                              Clerk

                                                          /s/ Katie Lynn Ogden
                                                              Deputy Clerk